UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL M. MORRIS and <br> JENNIFER L. MORRIS, <br> Plaintiffs, <br><br> v. <br><br> BAC HOME LOANS SERVICING, L.P., <br> d/b/a BANK OF AMERICA HOME LOANS, <br> and KORDE & ASSOCIATES, P.C., <br> Defendants | Civil Action No. 10-11572 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that all claims asserted by all parties be dismissed with prejudice.

**SO STIPULATED:**

| | |
|---|---|
| The Plaintiffs, <br> RUSSELL M. MORRIS and JENNIFER L. MORRIS <br> By Their Attorney <br><br> _____ <br> Josef C. Culik, BBO #672665 <br> Culik Law PC <br> 18 Commerce Way <br> Suite 2850 <br> Woburn, MA 01801 <br> Tel: (800) 962-9570 <br> Fax: (781) 780-2515 <br> Josef@culiklaw.com | The Defendant, <br> BAC HOME LOANS SERVICING, L.P, <br> By Its Attorney: <br><br> _____ <br> Daniel J. Finnegan, BBO #561347 <br> Donn A. Randall – BBO #631590 <br> Bulkley, Richardson and Gelinas, LLP <br> 1500 Main Street, Suite 2700 <br> Springfield, MA 01115 <br> Tel: (413) 781-2820 <br> Fax: (413) 272-6803 <br> dfinnegan@bulkley.com |

Dated: October 25, 2011

1199219

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 25, 2011.

                                        /s/ *Josef C. Culik*
                                        Josef C. Culik